**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CARLOS DANIEL RODRIGUEZ URRABAZO,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, *et al.*,

Respondents.

Case No. 5:26-cv-05905-JWH-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation.[1] Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Report and Recommendation is **ACCEPTED** and **ADOPTED**.

2. The Petition is **GRANTED** with respect to the due process claim of Petitioner Carlos Daniel Rodriguez Urrabazo.

3. Respondents are **DIRECTED** to release Urrabazo (A# 038-944-931) from immigration detention **FORTHWITH** on reasonable conditions.

4. Respondents are also **DIRECTED** to file a Status Report no later than October 21, 2026, confirming their compliance with this Order.

5. Judgment **SHALL** be entered consistent with this Order after such confirmation is received.

6. The Court Clerk is **DIRECTED** to serve this Order on all counsel or parties of record.

**IT IS SO ORDERED.**

Dated: October 16, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] Pet. [ECF No. 1]; Report and Recommendation [ECF No. 7].