JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

CARLOS DANIEL RODRIGUEZ URRABAZO,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-05905-JWH-BFM

**JUDGMENT**

Pursuant to the "Order Accepting Magistrate Judge's Report and Recommendation" entered on or about October 16, 2026, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition for Writ of Habeas Corpus is **GRANTED**.

2. Judgment is **ENTERED** in favor of Petitioner Carlos Daniel Rodriguez Urrabazo and against Respondents. The Order constitutes final disposition of the Petition by the Court.

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 23, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE